LESTER CLAYTON, RESPONDENT, v. MARY STOKES CLAYTON, EXRS., ETC., APPELLANT.

Submitted October 31, 1941—Decided January 9, 1942.

For the respondent, *Quinn & Doremus.*

For the appellant, *Parsons, Labrecque & Borden.*

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance*—Bodine, Heher, Porter, Colie, Dear, Wolfskeil, Rafferty, Hague, Thompson, JJ. 9.

*For reversal*—The Chancellor, Case, Donges, Wells, JJ. 4.